UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 02-337 (JAG) |
| v. | |
| MANUEL MIER,<br>a/k/a "Manny Mier" | ORDER FOR TERMINATION OF SUPERVISED RELEASE |

THIS MATTER having been brought before the Court by Koribanics & Koribanics, Michael P. Koribanics, Esq., appearing attorney for the defendant, MANUEL MIER, on due notice to Tom Eicher, A.U.S.A., Elizabeth Villa, Probation Officer, Manuel Mier and the Court having considered the moving papers and argument of counsel, and for good cause having been shown.

IT IS on this _14th_ Day of _October_, 2008.

ORDERED that the Supervised Release IS NOT ~~be~~ terminated.

Hon. Joseph A. Greenaway
U.S.D.C.J.